IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMAL ARTHERIO MILLER, SR.,
D.O.C. # 1323142027,

    Plaintiff,

v.                                                      4:23cv529–WS/MAF

CENURION, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S AMENDED REPORT AND RECOMMENDATION

Before the court is the magistrate judge's amended report and recommendation (ECF No. 14) docketed May 6, 2024. The magistrate judge recommends that this case be dismissed without prejudice for failure to comply with a court order and for failure to prosecute. Plaintiff has filed no objections to the amended report and recommendation.

Upon review of the record, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's amended report and recommendation (ECF No. 14) is ADOPTED and incorporated by reference in this order of the court.

2. This case is DISMISSED without prejudice for failure to prosecute and to comply with a court order.

3. The magistrate judge's report and recommendation (ECF No. 13) is DENIED as moot.

4. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

5. The clerk shall close the case.

DONE AND ORDERED this __5th__ day of __June__, 2024.

                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE